| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Crabb, Barbara B. | 2. Court or Organization U.S. District Court, Western District of Wisconsin | 3. Date of Report 09/16/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 120 North Henry Street Suite 540 Madison, WI 53703 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Facktor-Mervis charitable foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Wisconsin Department of Employee Trust Funds |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ishares Iboxx (LQD) | A | Dividend | | | Buy (add'l) | 05/01/15 | J | | |
| 2. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 3. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 4. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 5. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 6. | | | | | Sold (part) | 02/03/15 | K | A | |
| 7. | | | | | Sold | 09/15/15 | J | A | |
| 8. Ishares MSCI Pac Ex-Japan ETF (EPP) | | None | | | Buy (add'l) | 02/03/15 | J | | |
| 9. | | | | | Sold | 05/01/15 | K | B | |
| 10. Ishares Russell 1000 Growth Index (IWF) | C | Dividend | J | T | Buy (add'l) | 05/01/15 | K | | |
| 11. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 12. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 13. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 14. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 15. | | | | | Buy (add'l) | 09/15/15 | L | | |
| 16. | | | | | Sold (part) | 02/03/15 | J | B | |
| 17. | | | | | Sold (part) | 08/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/14/15 | J | A | |
| 19. Ishares Russell 1000 Value (IWD) | C | Dividend | M | T | Buy (add'l) | 05/01/15 | K | | |
| 20. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 21. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 22. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 23. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 24. | | | | | Sold (part) | 02/03/15 | J | A | |
| 25. | | | | | Sold (part) | 12/14/15 | J | A | |
| 26. Ishares Russell Midcap ETF (IWP) | A | Dividend | K | T | Buy (add'l) | 05/01/15 | J | | |
| 27. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 28. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 29. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 30. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 31. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 32. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 33. | | | | | Sold (part) | 02/03/15 | J | A | |
| 34. | | | | | Sold (part) | 05/01/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/15/15 | J | A | |
| 36. | | | | | Sold (part) | 12/14/15 | J | A | |
| 37.  Ishares Russell Midcap (IWS) | A | Dividend | K | T | Buy (add'l) | 05/01/15 | J | | |
| 38. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 39. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 40. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 41. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 42. | | | | | Sold (part) | 02/03/15 | J | A | |
| 43. | | | | | Sold (part) | 09/15/15 | J | A | |
| 44. | | | | | Sold (part) | 12/14/15 | J | A | |
| 45.  Ishares Russell 2000 Growth Fund (IWO) | A | Dividend | K | T | Buy (add'l) | 05/01/15 | J | | |
| 46. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 47. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 48. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 49. | | | | | Sold (part) | 02/03/15 | J | A | |
| 50. | | | | | Sold (part) | 07/01/15 | J | A | |
| 51. | | | | | Sold (part) | 09/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/14/15 | J | A | |
| 53. Ishares Russell 2000 Value (IWN) | A | Dividend | K | T | Buy (add'l) | 05/01/15 | J | | |
| 54. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 55. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 56. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 57. | | | | | Sold (part) | 07/01/15 | J | A | |
| 58. | | | | | Sold (part) | 09/15/15 | J | A | |
| 59. | | | | | Sold (part) | 12/14/15 | J | A | |
| 60. Medtronic, Inc. (MDT) | A | Dividend | K | T | | | | | |
| 61. Vanguard Reit ETF (VNQ) | A | Dividend | K | T | Buy (add'l) | 05/26/15 | J | | |
| 62. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 63. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 64. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 65. | | | | | Sold (part) | 02/03/15 | J | B | |
| 66. | | | | | Sold (part) | 05/01/15 | J | B | |
| 67. | | | | | Sold (part) | 08/03/15 | J | A | |
| 68. | | | | | Sold (part) | 08/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/15/15 | J | A | |
| 70. | | | | | Sold (part) | 12/14/15 | J | A | |
| 71. Cisco Systems, Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 72. Vanguard Municipal Fund | A | Dividend | K | T | | | | | |
| 73. AXA Variable Life Ins Annuity (formerly Equitable Life Assurance) | | None | M | T | | | | | |
| 74. - EQ/Int'l Equity | | None | K | T | | | | | |
| 75. - AXA Int'l Core Volatility | | None | K | T | | | | | |
| 76. - EQ/Equity 500 Index | | None | K | T | | | | | |
| 77. - EQ/Mid Cap Index | | None | K | T | | | | | |
| 78. - EQ/Small Company | | None | K | T | | | | | |
| 79. | | | | | | | | | |
| 80. GE Capital Bank Acct. (Closed 6/30/15) | A | Interest | | | | | | | |
| 81. Synchrony Bank Acct (Opened 6/30/15) | A | Interest | M | T | | | | | |
| 82. Ed Vest -529 College Savings Plan- Balanced Portfolio-not self-directed | | None | K | T | | | | | |
| 83. Ishares Core U.S. Agg. f/k/a Ishares Barclays Agg. Bd. Fd.(AGG) | A | Dividend | | | Sold | 02/03/15 | K | A | |
| 84. Ishares Barclays 1-3 Year Bond (SHY) | A | Dividend | | | Buy (add'l) | 02/03/15 | K | | |
| 85. | | | | | Buy (add'l) | 05/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 87. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 88. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 89. | | | | | Sold (part) | 08/20/15 | J | A | |
| 90. | | | | | Sold | 09/15/15 | K | A | |
| 91. | | | | | | | | | |
| 92. WisdomTree Trust Japan Hedge EQ (DXJ) | B | Dividend | J | T | Sold (part) | 05/01/15 | K | D | |
| 93. | B | Interest | | | Sold (part) | 05/26/15 | J | A | |
| 94. | | | | | Sold (part) | 09/15/15 | J | C | |
| 95. | | | | | Sold (part) | 12/14/15 | J | | |
| 96. MS Liquid Asset Fund (ILAF) | A | Dividend | J | T | | | | | |
| 97. Alerian MLP ETF (AMLP) | | None | | | Buy (add'l) | 09/15/15 | L | | |
| 98. | | | | | Sold (part) | 02/03/15 | K | | |
| 99. | | | | | Sold | 10/26/15 | L | | |
| 100. ishares MSCI Emerg Mkt Min.Vol (EEMV) | B | Dividend | L | T | Buy (add'l) | 02/03/15 | L | | |
| 101. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 102. | | | | | Buy (add'l) | 05/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 104. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 105. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 106. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 107. | | | | | Buy (add'l) | 09/20/15 | K | | |
| 108. | | | | | Sold (part) | 02/03/15 | J | A | |
| 109. | | | | | Sold (part) | 11/03/15 | M | | |
| 110. | | | | | Sold (part) | 12/14/15 | J | | |
| 111. Ishares MSCI Emerging Mkts ETF (EEM) | | None | | | Buy | 11/03/15 | M | | |
| 112. | | | | | Sold (part) | 02/03/15 | L | B | |
| 113. | | | | | Sold | 12/07/15 | L | | |
| 114. Ishares MSCI Japan ETF (EWJ) | B | Dividend | L | T | Buy (add'l) | 05/01/15 | J | | |
| 115. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 116. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 117. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 118. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 119. | | | | | Buy (add'l) | 08/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 121. | | | | | Sold (part) | 12/14/15 | J | A | |
| 122. SPDR Gold Tr Gold Shs (GLD) | | None | | | Sold | 05/01/15 | J | | |
| 123. Vanguard European MSCI ETF (VGK) | C | Dividend | | | Buy (add'l) | 05/01/15 | J | | |
| 124. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 125. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 126. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 127. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 128. | | | | | Buy (add'l) | 09/15/15 | K | | |
| 129. | | | | | Sold (part) | 12/09/15 | M | A | |
| 130. | | | | | Sold | 12/14/15 | J | A | |
| 131. WisdomTree Euro Sm Cap Div. ETF (DFE) | A | Dividend | | | Buy (add'l) | 02/03/15 | J | | |
| 132. | | | | | Sold (part) | 02/03/15 | J | A | |
| 133. | | | | | Sold (part) | 05/01/15 | J | C | |
| 134. | | | | | Sold | 09/15/15 | K | A | |
| 135. WisdomTree Europe Hedged Equity (HEDJ) | A | Dividend | | | Buy (add'l) | 05/01/15 | J | | |
| 136. | | | | | Buy (add'l) | 05/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 138. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 139. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 140. | | | | | Sold (part) | 02/03/15 | K | C | |
| 141. | | | | | Sold (part) | 05/01/15 | J | A | |
| 142. | | | | | Sold (part) | 08/03/15 | J | A | |
| 143. | | | | | Sold | 09/15/15 | L | C | |
| 144. Wisdom Tree Trut Japan Hedge Eq. (DXJ) | B | Dividend | L | T | Sold (part) | 05/01/15 | K | D | |
| 145. | B | Interest | | | Sold (part) | 05/26/15 | J | A | |
| 146. | | | | | Sold (part) | 09/15/15 | J | C | |
| 147. | | | | | Sold (part) | 12/14/15 | J | A | |
| 148. Goldman Sachs MLP Energy (GMLPX) | B | Dividend | | | Buy (add'l) | 02/03/15 | L | | |
| 149. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 150. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 151. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 152. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 153. | | | | | Buy (add'l) | 08/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 155. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 156. | | | | | Sold (part) | 05/01/15 | J | | |
| 157. | | | | | Sold | 09/15/15 | K | | |
| 158. Virtus Insight Emerging Mkts (HIEMX) | A | Dividend | | | Buy (add'l) | 02/03/15 | J | | |
| 159. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 160. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 161. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 162. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 163. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 164. | | | | | Sold (part) | 05/01/15 | L | A | |
| 165. | | | | | Sold | 09/15/15 | J | A | |
| 166. PIMCO 0-5 Year H/Y Corp. Bond (HYS) | C | Dividend | | | Buy (add'l) | 02/03/15 | L | | |
| 167. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 168. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 169. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 170. | | | | | Buy (add'l) | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 172. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 173. | | | | | Buy (add'l) | 09/15/15 | K | | |
| 174. | | | | | Sold (part) | 11/06/15 | L | | |
| 175. | | | | | Sold | 12/14/15 | J | | |
| 176. Ishares International Treasury Bond (IGOV) | A | Dividend | | | Sold | 02/03/15 | J | A | |
| 177. Morgan Stanley Private Bank NA (MSBNK) (repository for cash on hand | A | Interest | L | T | | | | | |
| 178. Vanguard Short Term Corporate (VCSH) | B | Dividend | J | T | Buy (add'l) | 05/01/15 | J | | |
| 179. | A | Interest | | | Sold (part) | 02/03/15 | J | | |
| 180. | | | | | Sold (part) | 08/20/15 | J | | |
| 181. | | | | | Sold (part) | 09/15/15 | K | | |
| 182. | | | | | Sold (part) | 12/11/15 | J | | |
| 183. | | | | | Sold (part) | 12/14/15 | J | | |
| 184. PIMCO Commodity Real Ret. Strat (PCRPX) | | None | | | Buy (add'l) | 02/03/15 | K | | |
| 185. | | | | | Sold | 05/01/15 | K | A | |
| 186. | | | | | | | | | |
| 187. Ishares Floating Rate Bd. (FLOT) | A | Dividend | | | Sold | 02/03/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Nuveen Gresham Div. Comm. Str. 1 (NGVAX) | | None | | | Sold | 02/03/15 | K | | |
| 189. Metropolitan West TOT RET BD (MWTIX) | A | Dividend | | | Buy (add'l) | 02/03/15 | K | | |
| 190. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 191. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 192. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 193. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 194. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 195. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 196. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 197. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 198. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 199. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 200. | | | | | Sold (part) | 05/01/15 | J | A | |
| 201. | | | | | Sold (part) | 08/20/15 | J | A | |
| 202. | | | | | Sold | 09/15/15 | K | A | |
| 203. Deutche X-Trackers MSCI EUR (DBUE) | C | Dividend | J | T | Buy | 02/03/15 | J | | |
| 204. | A | Interest | | | Sold (part) | 05/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 08/03/15 | J | A | |
| 206. | | | | | Sold (part) | 12/14/15 | J | A | |
| 207.   Wisdom Tree Trust India (EPI) | A | Dividend | | | Buy | 02/03/15 | K | | |
| 208. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 209. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 210. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 211. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 212. | | | | | Sold (part) | 07/01/15 | J | A | |
| 213. | | | | | Sold | 09/15/15 | K | A | |
| 214.   PIMCO Commodities Pls Strat P (PCLPX) | A | Dividend | | | Buy | 05/05/15 | K | | |
| 215. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 216. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 217. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 218. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 219. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 220. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 221. | | | | | Sold | 09/15/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222.  *SPDR Barcap Short Term/Hi Yield (SJNK) | B | Dividend | L | T | Sold (part) | 02/03/15 | L | A | |
| 223. | | | | | Buy (add'l) | 11/16/15 | L | | |
| 224.  SPDR S&P CHINA ETF (GXC) | A | Dividend | | | Buy | 02/03/15 | K | | |
| 225. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 226. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 227. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 228. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 229. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 230. | | | | | Sold (part) | 05/01/15 | J | A | |
| 231. | | | | | Sold | 09/15/15 | K | | |
| 232.  SPDR Series Trust DB Int. Gvt (WIP) | | None | | | Buy | 05/01/15 | L | | |
| 233. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 234. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 235. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 236. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 237. | | | | | Sold | 09/15/15 | L | | |
| 238.  Templeton Global BD FD ADV (TGBAX) | A | Dividend | | | Buy | 02/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 240. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 241. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 242. | | | | | Sold | 05/01/15 | J | | |
| 243. Pimco 1-5 Year U.S. TIPX IDX Fd (STPZ) | | None | K | T | Buy | 09/15/15 | J | | |
| 244. | | | | | Sold (part) | 12/14/15 | J | | |
| 245. First Trust North American (EMLP) | A | Dividend | K | T | Buy | 10/26/15 | K | | |
| 246. Ishares Core MSCI Europe (EUR) | A | Dividend | M | T | Buy | 12/09/15 | M | | |
| 247. SPDR Doubleline Tr Tact ETF (TOTL) | A | Dividend | L | T | Buy | 09/15/15 | L | | |
| 248. Home Savings & Loan | A | Interest | J | T | | | | | |
| 249. UW Credit Union | A | Interest | K | T | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Crabb, Barbara B. | 09/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 222: 12/14/14 purchase of SJNK was omitted inadvertently from 2014 return.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Barbara B. Crabb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544